1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11  TONY SMITH,                              No. 2:19-cv-00917-MCE-DMC-P
12              Plaintiff,
13        v.                                 <u>ORDER</u>
14  RAMOS, et al.,
15              Defendants.
16

17    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C.
18 § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District
19 of California local rules.
20    On August 20, 2020, the Magistrate Judge filed findings and recommendations herein
21 which were served on the parties and which contained notice that the parties may file objections
22 within the time specified therein.  ECF No. 19.  No objections to the findings and
23 recommendations have been filed.
24    The Court has reviewed the file and finds the findings and recommendations to be
25 supported by the record and the Magistrate Judge's analysis.
26 ///
27 ///
28 ///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2020, ECF No. 19, are ADOPTED in full;

2. Defendants' motion to dismiss (ECF No. 15) is GRANTED in part and DENIED in part;

3. Defendant Jensen is DISMISSED with prejudice from this action; and

4. This action shall proceed on plaintiff's First Amendment retaliation claim against defendant Ramos.

IT IS SO ORDERED.

Dated: September 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE